MICHELE BECKWITH
Acting United States Attorney
KEVIN C. KHASIGIAN
Assistant U. S. Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700

Attorneys for the United States

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | 2:25-CV-00249-DAD-CKD |
| Plaintiff, | |
| v. | ORDER FOR PUBLICATION |
| APPROXIMATELY $106,590.00 IN U.S. CURRENCY, | |
| Defendant. | |

  Pursuant to the Application for Publication filed herein, it is hereby ORDERED, ADJUDGED, AND DECREED as follows:

  1. That publication be made as follows:

    a. One publication;

    b. Thirty (30) consecutive days;

    c. On the official internet government forfeiture site www.forfeiture.gov;

    d. The publication is to include the following:

      (1) The Court and case number of the action;

      (2) The date of the seizure/posting;

      (3) The identity and/or description of the property seized/posted;

      (4) The name and address of the attorney for the United States;

(5)   A statement that claims of persons entitled to possession or claiming an interest pursuant to Supplemental Rule G(5) must be filed with the Court and served on the attorney for the United States no later than 60 days after the first day of publication on the official internet government forfeiture site; and

(6)   A statement that answers to the Complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure ("Fed. R. Civ. P.") must be filed and served within 21 days after the filing of the claims and, in the absence thereof, default may be entered and condemnation ordered.

SO ORDERED

Dated: February 24, 2025

CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE